UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VEX ROBOTICS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. _____ |
| v. | § | |
| | § | |
| CROSS THE ROAD ELECTRONICS, LLC | § | |
| and JONATHAN JACK, | § | |
| | § | |
| Defendants. | § | |

# **EXHIBIT A**

### INDEX OF STATE COURT FILES IN SUPPORT OF NOTICE OF REMOVAL

| Exhibit | Filed | Document |
|---|---|---|
| A-1 | | State Court File Docket Sheet |
| A-2 | October 6, 2023 | Original Petition |
| A-3 | October 6, 2023 | Letter to Clerk for Citation |
| A-4 | October 9, 2023 | Letter to Clerk for Citation |
| A-5 | October 12, 2023 | First Amended Petition and Letter to Clerk for Citations |
| A-6 | October 19, 2023 | Affidavit of Service |
| A-7 | November 7, 2023 | Affidavit of Service |
| A-8 | November 13, 2023 | Notice of Rule 11 Agreement and Rule 11 Agreement |
| A-9 | November 22, 2023 | Cross the Road Electronics LLC's Original Answer and Special Exceptions to Plaintiff's First Amended Petition and Counterclaim |

Dated: November 22, 2023  Respectfully submitted,

**HARPER & BATES LLP**

*/s/ Scott L. Harper*
Scott L. Harper
Texas Bar No. 00795038
Scott.Harper@harperbates.com
----
Jordyn E. Hendrix
Texas Bar No. 24120359
Jordyn.Hendrix@harperbates.com

1717 Main Street, Suite 3550
Dallas, Texas 75201
214-238-8400 | Main
214-238-8401 | Fax

**COUNSEL FOR CROSS THE ROAD ELECTRONICS, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service were served with a copy of this document through this Court's CM/ECF system and pursuant to the local rules on November 22, 2023

*/s/ Scott L. Harper*
Scott L. Harper