# EXHIBIT A-1

## Case Information

92874 | VEX ROBOTICS, INC. vs. CROSS THE ROAD ELECTRONICS, LLC AND JONATHAN JACK

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| 92874 | 354th District Court | Aiken, Keli M. |
| File Date | Case Type | Case Status |
| 10/06/2023 | S031 - Contract - Consumer/Commercial/Debt | Filed |

## Party

**Plaintiff**
VEX ROBOTICS, INC.

Active Attorneys ▼
Lead Attorney
GEARY, JOEL E
Retained

**Defendant**
CROSS THE ROAD ELECTRONICS, LLC

**Defendant**
JACK, JONATHAN

Active Attorneys ▼
Lead Attorney
HASSETT, SHAUN W.
Retained

## Events and Hearings

- 10/06/2023 Original Petition
- 10/06/2023 Petition
- 10/06/2023 Petition ▼

    **Comment**
    Letter to the Clerk and Citation Department

**10/09/2023 Cover Letter**

**10/09/2023 Citation Issued** ▾

   Comment
Cross The Road Electronics, LLC

**10/09/2023 Citation** ▾

Unserved

**10/12/2023 Amended Filing** ▾

   Comment
Plaintiff's First Amended Petition

**10/17/2023 Citation Issued** ▾

   Comment
Jonathan Jack

**10/17/2023 Citation Issued** ▾

   Comment
Cross the Road Electronics, LLC

**10/17/2023 Citation** ▾

Served
10/18/20232:12 PM

Actual Server
KEITH LOWRY

Returned
10/19/2023 9:13 AM

**10/17/2023 Citation** ▾

Unserved

**10/19/2023 Service Return** ▾

   Comment
Johnathan Jack served 10/18/23

**11/07/2023 Service Return** ▾

   Comment
CITATION - SRVD 11/01/23 - CROSS THE ROADS ELECTRONICS - MACOMB, MI

**11/13/2023 Notice** ▾

   Comment
of Filing Rule 11 Agreement with Rule 11 attached