IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VEX ROBOTICS, INC., | § § | |
| Plaintiff, | § § | No. 3:23-cv-2586-D |
| v. | § § § | |
| CROSS THE ROAD ELECTRONICS, LLC, | § § § § | |
| Defendant. | § § | |

## MEDIATION REPORT

Under the Court's August 15, 2024 Order [Dkt. No. 39], Senior United States District Judge Sidney A. Fitzwater referred this case to the undersigned United States magistrate judge to conduct a mediation.

The undersigned held an in-person mediation on Tuesday, December 3, 2024 and a follow-on Zoom mediation session on Monday, December 9, 2024.

The parties and their counsel attended and participated as required, but a settlement was not reached at this time.

DATED: December 12, 2024

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE