UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VEX ROBOTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CROSS THE ROAD ELECTRONICS, LLC <br><br> Defendant. | § § § § § § § § § § § <br> Civil Action No. 3:23-CV-2586-D |

**ORDER GRANTING DEFENDANT CROSS THE ROAD ELECTRONICS, LLC'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO THE MOTION TO COMPEL AND BRIEF IN SUPPORT**

The Court, having considered the Unopposed Motion to Extend Deadline for Defendant to Respond to the Motion to Compel and Brief in Support ("Motion") filed by Defendant Cross The Road Electronics, LLC, orders that the Motion shall be and hereby is **GRANTED**.

**IT IS THEREFORE ORDERED** that the deadline for Defendant to respond to Plaintiff's Motion to Compel and Brief in Support, Dkt. No. 49 is extended to March 6, 2025.

February 19, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE