IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VEX ROBOTICS, INC., | § | |
| | § | |
| Plaintiff-Counterdefendant, | § | |
| | § | |
| VS. | § | Civil Action No. 3:23-CV-2586-D |
| | § | |
| CROSS THE ROAD ELECTRONICS, LLC, | § | |
| | § | |
| | § | |
| Defendant-Counterplaintiff. | § | |

## ORDER

The court approves the parties' March 25, 2025 stipulation. Accordingly, the parties must complete discovery and file a joint estimate of trial length and joint status report concerning the progress of settlement negotiations no later than June 20, 2025. A party must file a motion for summary judgment or other dispositive motion no later July 11, 2025. The court will consider convening a status conference if it deems such a conference to be necessary.

The January 30, 2025 motion to compel of plaintiff-counterdefendant, and the balance of plaintiff-counterdefendant's February 26, 2025 motion to amend scheduling order and trial setting order remain pending for decision in the usual course.

**SO ORDERED**.

March 27, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE