IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VEX ROBOTICS, INC., | § | |
| | § | |
| Plaintiff-Counterdefendant, | § | |
| | § | |
| VS. | § | Civil Action No. 3:23-CV-2586-D |
| | § | |
| CROSS THE ROAD ELECTRONICS, LLC, | § | |
| | § | |
| | § | |
| Defendant-Counterplaintiff. | § | |

**ORDER**

The parties have advised the court that they have settled this case in principle. Accordingly, this case is administratively closed for statistical purposes without prejudice to being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

The November 3, 2025 trial setting is vacated, and all unexpired deadlines are stayed.

**SO ORDERED**.

June 5, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE